*Messrs. Hall & Pope,* for Relators.

---

No. 5,084.—MARK HUNT ET AL., APPELLANTS, *v.* COUNTY OF MEAGHER ET AL., RESPONDENTS.

*Appeal from District Court of Meagher County; William L. Ford, Judge.*

Decided April 13, 1922.

PER CURIAM.—On application of respondents herein, the appeal in the above-entitled cause is dismissed for failure of appellants to file transcript in this court within the time allowed by law.

*Mr. Chas. L. Tyman, Mr. C. A. Linn* and *Messrs. Gunn, Rasch & Hall,* for Respondents.